# In the United States Court of Appeals for the District of Columbia Circuit

───────────

No. 22-7163

DISTRICT OF COLUMBIA, APPELLEE

*v.*

EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPRORATION; BP PLC; BP AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL USA, INC., APPELLANTS

───────────

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

───────────

I, Kannon K. Shanmugam, counsel for appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation and a member of the Bar of this Court, certify as follows:

(A) **Parties and amici.** The parties, intervenors, and amici that appeared before the district court and are participating in this appeal are the District of Columbia; Exxon Mobil Corporation; ExxonMobil Oil Corporation; BP p.l.c.; BP America Inc.; Chevron Corporation; Chevron U.S.A. Inc.; Shell plc; and Shell USA, Inc.

(B) **Rulings under review.** The ruling under review is the district court's order and memorandum opinion of November 12, 2022, remanding the case to the Superior Court of the District of Columbia.

(1)

**(C)** **Related cases.** The following cases are related to this appeal within the meaning of Circuit Rule 28(a)(1)(C):

*Connecticut* v. *Exxon Mobil Corp.*, No. 21-1446 (2d Cir.)

*Anne Arundel County* v. *BP p.l.c., et al.*, No. 22-2082 (4th Cir.)

*City of Annapolis* v. *BP p.l.c., et al.*, No. 22-2101 (4th Cir.)

*Minnesota* v. *American Petroleum Institute, et al.*, No. 21-1752 (8th Cir.)

*City of Oakland, et al.* v. *BP p.l.c., et al.*, No. 22-16810 (9th Cir.)

*City & County of San Francisco, et al.* v. *BP p.l.c., et al.*, No. 22-16812 (9th Cir.)

The following related cases are pending at the United States Supreme Court:

*Suncor Energy (U.S.A.) Inc., et al.* v. *Board of County Commissioners of Boulder County, et al.*, No. 21-1550

*B.P. p.l.c., et al.* v. *Mayor & City Council of Baltimore*, No. 22-361

*Chevron Corporation, et al.* v. *San Mateo County, et al.*, No. 22-495

*Sunoco, LP, et al.* v. *City & County of Honolulu*, No. 22-523

*Shell Oil Products Company LLC, et al.* v. *Rhode Island*, No. 22-524

*City of Hoboken* v. *Exxon Mobil Corp., et al.*, No. 22A528

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *2001 K Street, N.W.*
 *Washington, DC 20006*
 *(202) 223-7300*
 *kshanmugam@paulweiss.com*

JANUARY 3, 2023