# In the United States Court of Appeals for the District of Columbia Circuit

───────────

No. 22-7163

DISTRICT OF COLUMBIA, APPELLEE

v.

EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPRORATION; BP PLC; BP AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL USA, INC., APPELLANTS

───────────

**NOTICE OF WITHDRAWAL**

───────────

Please take notice that Justin Anderson withdraws his appearance as counsel for appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation in the above-captioned appeal. As of July 11, 2023, Justin Anderson will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. Kannon K. Shanmugam, Theodore V. Wells, Jr., Daniel J. Toal, Kyle Smith, and William T. Marks will remain counsel for appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation.[1]

---

[1] By filing this Notice of Withdrawal, Exxon Mobil Corporation and ExxonMobil Oil Corporation do not waive any rights, defenses, affirmative defenses, or objections, including their objections to personal jurisdiction.

(1)

Respectfully submitted,

/s/ Justin Anderson
JUSTIN ANDERSON
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *janderson@paulweiss.com*

JULY 10, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel of record will be served by the appellate CM/ECF system.

/s/ Justin Anderson
JUSTIN ANDERSON
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *janderson@paulweiss.com*