NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 22-7163

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,
*Plaintiff-Appellee*,

v.

EXXON MOBIL CORP., EXXONMOBIL OIL CORPORATION, ROYAL
DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC.,
CHEVRON CORPORATION, CHEVRON U.S.A. INC.,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia
No. 20-cv-01932 (Hon. Timothy J. Kelly)

**NOTICE OF INTENTION TO PARTICIPATE AS AMICUS CURIAE
SUPPORTING APPELLANTS BY THE CHAMBER OF COMMERCE OF
THE UNITED STATES OF AMERICA**

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

William M. Jay
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
*wjay@goodwinlaw.com*
(202) 346-4000

Jesse Lempel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

March 3, 2023

*Counsel for Amicus Curiae*

The Chamber of Commerce of the United States of America, pursuant to D.C. Circuit Rule 29(b), respectfully advises the Court of its intention to submit an amicus curiae brief in this appeal, supporting Appellants.  This written representation confirms that all parties to this proceeding have consented to the Chamber's participation as amicus curiae.

Dated:  March 3, 2023                              Respectfully submitted,

                                        s/ William M. Jay
                                        William M. Jay
                                        Andrew Kim
                                        GOODWIN PROCTER LLP
                                        1900 N Street, N.W.
                                        Washington, D.C. 20036
                                        *wjay@goodwinlaw.com*
                                        (202) 346-4000

                                        *Counsel for Amicus Curiae*

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, amicus curiae the Chamber of Commerce of the United States of America ("Chamber") makes the following disclosures: The Chamber is a nonprofit corporation representing the interest of more than three million businesses of all sizes, sectors, and regions. The Chamber has no parent corporation, and no publicly held company owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on March 3, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  March 3, 2023

s/ William M. Jay
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
*wjay@goodwinlaw.com*
(202) 346-4000

*Counsel for Amicus Curiae*