# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7163**                                            **September Term, 2022**

1:20-cv-01932-TJK

Filed On: May 8, 2023 [1998271]

District of Columbia,

        Appellee

    v.

Exxon Mobil Corporation, et al.,

        Appellants

    **BEFORE:**    Circuit Judges Katsas, Rao, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, May 8, 2023 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Kannon K. Shanmugam, counsel for Appellants.

    Ashwin P. Phatak (OAG), counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
           Anne A. Rothenberger
           Deputy Clerk